LATHAM & WATKINS LLP
   Mark Broude (MB 1902)
885 Third Avenue
New York, New York  10022-4802
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

LATHAM & WATKINS LLP
   Marc W. Rappel (California Bar #97032)
   Jonathan S. Shenson (California Bar #184250)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for John Danhakl and Jonathan Sokoloff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>TL ADMINISTRATION CORPORATION., et al. (f/ka/ TWINLAB CORPORATION, et al.)<br><br>        Debtors. | Case No. 04 CV 7699 (PKC)<br><br>"ECF CASE" |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TL ADMINISTRATION (f/k/a TWINLAB CORPORATION) on behalf of the ESTATE OF TL ADMINISTRATION CORPORATION,<br><br>        Plaintiff<br><br>        v.<br><br>BRIAN BLECHMAN, et al.<br><br>        Defendants. | Chapter 11<br><br>Case No. 03-15564 (CB)<br>Jointly Administered<br><br>Adv. Case No. 04-2334 (CB) |

### DECLARATION OF JONATHAN S. SHENSON IN SUPPORT OF MOTION BY DEFENDANTS DANHAKL AND SOKOLOFF TO WITHDRAW THE REFERENCE WITH RESPECT TO THE ADVERSARY PROCEEDING COMMENCED BY THE <u>COMMITTEE OF UNSECURED CREDITORS</u>

I, JONATHAN S. SHENSON, do hereby attest and swear as follows:

I am an attorney with the law firm of Latham & Watkins LLP. I am a member of the Bar of the State of California. I have personal knowledge of the matters set forth herein, and would competently testify thereto under oath if called as a witness. I submit this declaration in support of the Motion to Withdraw the Reference with respect to the above-captioned adversary complaint (the "Adversary Action") filed by Defendants Danhakl and Sokoloff.

Attached hereto as Exhibit "A" is a true and correct copy of the amended complaint by the Committee of Unsecured Creditors in the Adversary Action. On May 7, 2004, the Complaint was filed with the Bankruptcy Court in the Southern District of New York (the "Bankruptcy Court").

Attached hereto as Exhibit "B" is a true and correct copy of the Defendants' motion to dismiss the amended complaint (the "Motion to Dismiss"). On June 11, 2004, the Motion to Dismiss was filed with the Bankruptcy Court.

Attached hereto as Exhibit "C" is a true and correct copy of the Plaintiffs' response to the Motion to Dismiss (the "Plaintiffs' Response"). On July 9, 2004, the Plaintiffs' Response was filed with the Bankruptcy Court.

Attached hereto as Exhibit "D" is a true and correct copy of the Defendants' reply to the Plaintiffs' Response (the "Defendants' Reply"). On August 2, 2004, the Defendants' Reply was filed with the Bankruptcy Court.

Executed this 24nd day of September, 2004, at Los Angeles, California.  I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ Jonathan Shenson</u>

Jonathan Shenson